UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No.  8:14-cv-467-JSM-MAP

$22,900.00 IN U.S. CURRENCY,

    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

    __x__    IS NOT  related to any other pending or closed civil or criminal case previously filed in this Court.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

                Respectfully Submitted,

                A. LEE BENTLEY, III
                United States Attorney

By:    *s/James A. Muench*
        JAMES A. MUENCH
        Assistant United States Attorney
        Florida Bar Number 472867
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        (813) 274-6000 – telephone
        (813) 274-6220 – facsimile
        E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Tim Bower Rodriguez, Esquire

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
